HEATHER E. WILLIAMS, SBN 122664
Federal Defender
DOUGLAS BEEVERS, SBN 288639
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700; F: (916) 498-5710

Attorneys for Defendant
ALEXANDER EIBECK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00183 -MCE |
| Plaintiff, | **WAIVER OF PERSONAL APPEARANCE AND REQUEST TO APPEAR VIA VIDEO-TELECONFERENCE** |
| vs. | |
| ALEXANDER EIBECK, | Date: December 10, 2020 |
| Defendant. | Time: 10:00 A.M. |
| | Judge: Hon. Morrison C. England, Jr. |

On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone phone conferencing if videoconference is not reasonably available – in various criminal proceedings.

Mr. Eibeck, having been advised of his right to appear in person for his admit/deny hearing, as well as of the ability to waive his personal appearance and appear via video-teleconference, has elected waived his right to personally appear at his December 10, 2020 admit/deny hearing, and instead requests to appear via video-teleconference. If video-teleconference becomes unavailable, he consents to appear via teleconference.

///

1  Mr. Eibeck further agrees that the admit/deny hearing in this matter – which is requested
2  for the purpose of discussing trial dates – cannot be further delayed without serious harm to the
3  interests of justice, within the meaning of General Order 614.
4  Finally, Mr. Eibeck consents to counsel signing this waiver on his behalf, pursuant to
5  General Order 616.  He stipulates that i) obtaining his wet signature is both impractical and
6  imprudent, given the pandemic; ii) he has had an opportunity to consult with counsel regarding
7  this matter; and iii) after said consultation, he consents to his counsel signing this order
8  electronically on his behalf.

Respectfully submitted,

Date: December 9, 2020          */s/  ALEXANDER EIBECK*
                                ALEXANDER EIBECK
                                DEFENDANT


                                HEATHER E. WILLIAMS
                                Federal Defender


Date: December 9, 2020          */s/ Douglas Beevers*
                                DOUGLAS BEEVERS
                                Assistant Federal Defender
                                Attorneys for Defendant
                                ALEXANDER EIBECK

Waiver of Personal Appearance and Request to Appear Via Video-Teleconference     -2-     *United States v. Eibeck*, 2:20-cr-00183-MCE

**O R D E R**

The Court, having received and considered the defendant's waiver of personal appearance, and good cause appearing therefrom, hereby orders that the defendant's electronic signature is accepted pursuant to General Order 616.  Furthermore, his request to appear via video-teleconference (or telephone, if video-teleconference services become unavailable) for the December 10, 2020 admit/deny hearing is GRANTED.

IT IS SO ORDERED.

Dated:  December 10, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE